Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Bldg.
201. W. 14th St., Rm.106
P.O. Box 12308
Austin, TX. 78711-2308

82.156-01

16 January 2015

Dear Mr. Acosta,

   I am writing to you to inform the court that my address has changed regarding my 11.07 writ of Habeas Corpus, that you filed on 15 September 2014. I was at the Goree Unit, 7405 Hwy 75 South, Huntsville, TX 77344.

   My new address (IO Unit) is:

Lynaugh Unit
1098 South Hwy. 2037
FT. Stockton, TX 79735

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Please make note of the new address in my file.

                    Sincerely,
                    Walter Bruce Cornet
                    Walter Bruce Cornet
                    TDCJ-IO #1553441
                    Lynaugh Unit
                    1098 South Hwy. 2037
                    FT. Stockton, TX 79735